UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
RAUL DIEGO FLOREZ-RAMIREZ, REBECA
LARA MARTINEZ, GERALDO GUACHICHIL      : 11-CV-3022 (CBA)(RER)
VALLE, AND CESENCIANO ZAPOTECO
LAZARO,                                 : AMENDED STIPULATION
                                          OF SETTLEMENT AND
            Plaintiffs,         : ORDER OF DISMISSAL

     -against-                           FILED
                                        IN CLERK'S OFFICE
EAST MANOR, INC., AND ALEX HOU, an      U.S. DISTRICT COURT E.D.N.Y.
individual,
                                        ★ SEP 5 – 2012 ★
            Defendants.
                                        BROOKLYN OFFICE
--------------------------------------------------------- X

    WHEREAS, Plaintiffs RAUL DIEGO FLOREZ-RAMIREZ, REBECA LARA MARTINEZ and GERALDO GUACHICHIL VALLE filed a Complaint on June 23, 2011 ("Complaint"); and

    WHEREAS, Plaintiffs RAUL DIEGO FLOREZ-RAMIREZ, REBECA LARA MARTINEZ, GERALDO GUACHICHIL VALLE, and CESENCIANO ZAPOTECO LAZARO (collectively "Plaintiffs") filed an Amended Complaint on December 9, 2011 ("Amended Complaint"); and

    WHEREAS, the parties are interested in resolving the issues alleged in the Complaint and Amended Complaint in this action, and have successfully negotiated in good faith for that purpose; and

    WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendant, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Nothing in this So Ordered Stipulation of Settlement shall be construed as an admission or concession of liability whatsoever by the Defendants regarding any of the allegations made by the Plaintiffs in the Complaint and Amended Complaint.

3. This So Ordered Stipulation of Settlement does not embody the entire agreement of the parties in this matter. The Agreement and General Release is confidential.

4. This Court shall retain jurisdiction for 60 (sixty) days, within which, Plaintiffs reserve the right to restore the case, unless Defendants EAST MANOR, INC. and ALEX HOU (collectively "Defendants") have fulfilled their payment obligations to Plaintiffs as described in the Agreement and General Release.

Patrick J. Boyd, Esq.
William Li, Esq.

*/s/ Patrick J. Boyd*

The Boyd Law Group, PLLC
Attorneys for Defendants
370 Lexington Avenue, Suite 1705
New York, NY 10017
Tel: (212) 867-3675
Fax: (212) 867-5765
Dated: 9/4/12

Roman Avshalumov, Esq.

*/s/ Roman Avshalumov*

Helen F. Dalton & Associates, PC
Attorneys for Plaintiffs
69-12 Austin Street
Forest Hills, NY 11375
Tel: (718) 263-9591
Fax: (718) 263-9598
Dated: 9/4/12

SO ORDERED:

*/s/*
9/5/12